COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | The Apostolic Church America, Inc. f/k/a The Apostolic International, Inc. v. Harris County, City of Houston, Houston Independent School District, Harris County Improvement District No. 5, and Houston Community College System |
| Appellate case number: | 01-19-00994-CV |
| Trial court case number: | 2018-25624 |
| Trial court: | 55th District Court of Harris County |

Appellant, The Apostolic Church America, Inc. f/k/a The Apostolic International, Inc., has appealed from the trial court's September 17, 2019 final judgment. Appellant's brief was initially due on December 28, 2020. *See* TEX. R. APP. P. 38.6(a), (d). Appellant failed to file its brief by the deadline. On January 6, 2021, appellant was notified by the Court that this appeal was subject to dismissal unless a brief, or motion to extend time to file a brief, was filed within ten days of the Court's notice. On a motion by appellant, the deadline to file an appellant's brief was extended to February 18, 2021.

Appellant failed to file a brief by the extended deadline. On February 22, 2021, the Clerk of this Court again notified appellant that the time for filing its brief had expired. Appellant was further notified that the appeal was subject to dismissal unless appellant filed a brief, or a motion to extend time to file a brief, within ten days of the date of the Court's notice, March 4, 2021. Appellant did not respond by the deadline set by the Court. However, on March 11, 2021, appellant filed a second motion to extend the deadline to file its brief, requesting that the deadline be extended to April 9, 2021.

Appellant's motion is **granted**. Appellant must file its appellant's brief no later than April 9, 2021. **No further extensions will be granted, and failure to file a brief by the extended deadline may result in dismissal for want of prosecution**. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with order of this Court).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

                           ☑ Acting individually    ☐ Acting for the Court

Date: __March 18, 2021____